1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   PAUL YEARBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-10-0178 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | ) | |
| PAUL YEARBY, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Paul Yearby, by and through his defense counsel, Bruce Locke, Jake Weathers, by and through his defense counsel, Hayes Gable, and the United States of America, by and through its counsel, Assistant U.S. Attorney Russell Carlberg, that the status conference presently set for February 23, 2012 at 9:00 a.m., should be continued to March 22, 2012 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from February 23, 2012 through March 22, 2012.

The reason for the continuance is that the parties are engaged in discussions to resolve the case without a trial and the government will soon be presenting the defense with a proposed plea agreement. Mr. Locke will need additional time to review the plea agreement with his client. Additionally, as to Mr. Weathers, he was recently arraigned in a separate indictment, Cr. S-11-0458 GEB and Mr. Gable needs additional time to review the voluminous discovery in that matter, with the objective of settling both matters simultaneously.  Accordingly, the time between February 23, 2012 and March 22, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) and (iv) and Local Codes T-2 for complexity and

T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Carlberg and Mr. Gable have authorized Mr. Locke to sign this pleading for them.

DATED: February 21, 2012            /S/ Bruce Locke
BRUCE LOCKE
Attorney for Paul Yearby

DATED: February 21, 2012            /S/ Bruce Locke
For HAYES GABLE
Attorney for Jake Weathers

DATED: February 21, 2012            /S/ Bruce Locke
For RUSSELL CARLBERG
Attorney for the United States

    IT IS SO ORDERED.

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE