1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   PAUL YEARBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-10-0178 MCE |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| PAUL YEARBY, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Paul Yearby, by and through his defense counsel, Bruce Locke, and the United States of America, by and through its counsel, Assistant U.S. Attorney Russell Carlberg, that the status conference presently set for April 26, 2012 at 9:00 a.m., should be continued to May 10, 2012 at 9:00 a.m., for a change of plea and that time under the Speedy Trial Act should be excluded from April 26, 2012 through May 10, 2012.

The reason for the continuance is that the parties have engaged in discussions to resolve the case without a trial and Mr. Yearby will be changing his plea at the May 10, 2012 hearing. Accordingly, the time between April 26, 2012 and May 10, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) and (iv) and Local Codes T-2 for complexity and T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Carlberg has authorized Mr. Locke to sign this pleading for him.

DATED: April 24, 2012          /S/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for Paul Yearby

DATED: April 24, 2012          /S/ Bruce Locke
                               For RUSSELL CARLBERG
                               Attorney for the United States

    IT IS SO ORDERED.

Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE