| | |
|---|---|
| 1 | HAYES H. GABLE III |
| | Attorney at Law |
| 2 | State Bar No. 60368 |
| | 428 J Street, Suite 350 |
| 3 | Sacramento, CA 95814 |
| | (916) 446-3331 |
| 4 | Fax: (916) 447-2988 |
| 5 | Attorney for Defendant |
| | JAKE WEATHERS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 2:10-cr-00178-MCE |
| Plaintiff, | **STIPULATION AND ORDER RE: CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| **JAKE WEATHERS,** | |
| Defendant(s). | Hon. Morrison C. England, Jr. |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Russell Carlberg, and defendant Jake Weathers, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing status conference in the above-captioned action, May 17, 2012, and to continue the matter to June 14, 2012, at 9:00 a.m., for status conference.

The reason for this continuance is that defense counsel and the Government are in the process of negotiating a potential settlement of this case as well as a separate indictment, Cr. S-11-0458 GEB, with the objective of settling both matters simultaneously.

///

The parties further agree and stipulate that the period from May 17, 2012, until, June 14, 2012, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Local Code T4, to allow continuity of defense counsel and to allow reasonable time necessary for effective defense preparation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the defendant's and the public's best interests in commencing trial within the 70 day-Speedy Trial time period.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation

DATE: May 14, 2012

    s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**JAKE WEATHERS**

    s/Hayes H. Gable, III for
**RUSSELL CARLBERG**
Asst. U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY ORDERED that the status conference scheduled for May 17, 2012 at 9:00 a.m. is vacated and the matter is set for status conference on June 14, 2012, at 9:00 a.m., and that the period from May 17, 2012 to June 14, 2012 is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. The Court finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 16, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE