```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    GLENN WATKINS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:10-cr-00178-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) SELF SURRENDER DATE |
| v. | ) |
| JAKE WEATHERS, et al., | ) JUDGE: Hon. Morrison C. England Jr. |
| Defendants. | ) |

GLENN WATKINS, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHAEL M. BECKWITH, Assistant United States Attorney, hereby agree to the following:

1. On September 6, 2012, this defendant was sentenced to the custody of the Bureau of Prisons for a term of 12 months and 1 day imprisonment and he has a self surrender date of Friday, November 2, 2012 by 2:00 p.m..

2. The defendant has contacted our office and has requested additional time to self-surrender in order to relocate his grandmother who resides with him. His grandmother suffers from dementia and Mr. Watkins is currently trying to locate a residence to care for her during his incarceration.

///

3. Defense counsel has been in contact with Assistant United States Attorney, Michael M. Beckwith who has no objection to continuing the defendant's self surrender date. Mr. Watkins agrees to remain under Pretrial Services Supervision until he voluntarily surrenders to a Bureau of Prison facility. Renee Basurto of Pretrial Services has been advised of this request and she has no objection.

Therefore, it is agreed that the defendant's self surrender date of Friday, November 2, 2012, be continued to Friday, November 16, 2012, by 2:00 p.m.

DATED: October 23, 2012  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
GLENN WATKINS

DATE: October 23, 2012  BENJAMIN B. WAGNER
United States Attorney

/S/ Dennis S. Waks for
MICHAEL M. BECKWITH
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2